UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Captioned in Compliance with D.N.J. LBR 9004-2©)

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
*Attorney for Debtors*

In Re:

Jacqueline Hall-Livingston

                Debtors

Order Filed on April 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    23-13898-MBK

Chapter:  13

Hearing Date: 4/2/25; 9:00am

Chief Judge:  Michael B. Kaplan

## ORDER APPROVING POST-PETITION FINANCING OF PROPERTY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 3, 2025**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Financing with NJHMFA Housing & Mortgage Finance Agency , and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that:

1. The Debtor(s) be hereby allowed to obtain post-petition financing through NJHMFA Housing & Mortgage Finance Agency with the terms as follows:
   a. Total amount of NJ ERMA assistance : $47,040.19
   b. Interest rate of 0 percent.
   c. Monthly payment of approximately $0.
   d. Term of the Loan is three (3) years from the date of loan closing.
   e. The proceeds of any transaction shall cure the mortgage arrears in full satisfaction to the Mortgagee.
   f. If the Debtor sells the Premises, conveys title to the Premises, gets a cash-out refinance of any superior mortgage loan secured by the Premises or ceases to occupy the Premises as her primary residence during the three-year term of this loan, Debtor would immediately owe to the Lender the full amount financed.

2. The debtor(s) is authorized to pay the usual and necessary costs and expenses of settlement;

3. The debtor shall:
   \_\_\_\_\_ Satisfy all Plan obligations from financing proceeds
   \_\_\_\_ Continue to make payments under the Plan as proposed or confirmed
   \_\_X\_\_ Modify the Plan as follows: Debtor shall filed a modified plan fifteen (15) days from the date of the Order

      4. The debtor's counsel be allowed a legal fee of $850 for representation in connection with this motion **upon filing of a fee application**, which is to be paid (chose one):

\_\_\_ at closing       _X_ through the plan       \_\_\_ outside the plan;

      5. CENLAR shall amend its proof of claim within 45 days following receipt of funds.

      6. Movant shall serve this Order on the Debtor, Trustee and any other party who entered an appearance on the Motion within 7 days of the date of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-13898-MBK
Jacqueline Hall-Livingston  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Apr 03, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Hall-Livingston, 233 Bellevue Ave, Trenton, NJ 08618-4622 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jacqueline Hall-Livingston njpalaw@gmail.com r56958@notify.bestcase.com |
| Maria Cozzini | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency mcozzini@sternlav.com |
| Michael R. DuPont | on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com lori@redbanklaw.com |
| Robert P. Saltzman | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency c/o LoanCare LLC dnj@pbslaw.org |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 03, 2025 | Form ID: pdf903 | Total Noticed: 1

Robert P. Saltzman
        on behalf of Creditor New Jersey Housing and Mortgage Finance Agency c/o Cenlar FSB dnj@pbslaw.org

Stuart H. West
        on behalf of Creditor New Jersey Housing and Mortgage Finance Agency c/o Cenlar FSB swest@pbslaw.org

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9